IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-07-418 |
| § | |
| ANTHONY DADA § | |

**O R D E R**

Defendant filed an unopposed motion for continuance, (Docket Entry No.18). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | **January 28, 2008** |
| Responses to be filed by: | **February 11, 2008** |
| Pretrial conference is reset to**:** | **February 19, 2008, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 25, 2008, at 9:00 a.m.** |

SIGNED on December 7, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge