IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| VS. | §  CRIMINAL ACTION NO. H-07-418 |
| ANTHONY DADA | § § § § |

## ORDER

The defendant, Anthony Dada, filed a motion for return of his passport, (Docket Entry No. 70), and a motion for release of his bond funds, (Docket Entry No. 71). The government and the probation officer are unopposed. The motions are granted. Dada may present a copy of this order at the Clerk's Office. The passport is to be provided after he signs for its return. The Financial Office of the Clerk's Office is to disburse the bail deposit plus any accrued interest to Dada when he presents this order and signs for the payment.

SIGNED on July 7, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge